960 A.2d 1289

IN THE MATTER OF DORCA I. DELGADO–
SHAFER, AN ATTORNEY AT LAW.

December 4, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–094, concluding that **DORCA I. DELGADO–SHAFER** of **CAMDEN,** who was admitted to the bar of this State in 2002, should be suspended from the practice of law for a period of two years for violating *RPC* 1.7(a)(2) (conflict of interest), RPC 1.15(a) (commingling of personal and client funds), *Rule* 1:21–6 (recordkeeping), *RPC* 4.1(a)(1) (knowingly making a false statement of material fact to a third person), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that respondent should be required to complete twelve hours of courses in professional responsibility and that after reinstatement to practice, she should practice under supervision for a period of two years;

And respondent having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **DORCA I. DELGADO–SHAFER** is suspended from the practice of law for a period of two years and until the further Order of the Court, effective January 2, 2009; and it is further

ORDERED that prior to reinstatement to the practice of law, respondent shall successfully complete twelve hours of courses in professional responsibility to be approved by the Office of Attorney Ethics; and it is further

ORDERED that following reinstatement to practice, respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.